**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**CHARLES SCHWAB & CO., INC.**                     **CIVIL ACTION**

**VERSUS**                                          **NO. 18-2522**

**REGINA B. HEISLER, ET AL.**                      **SECTION "B"(3)**

**ORDER**

Considering Plaintiff's "Ex Parte Motion for Order of Interpleader" (Rec. Doc. 3),

**IT IS ORDERED** that the motion is **GRANTED** insofar as Plaintiff, having notified Defendants of the instant motion via e-mail, seeks authorization to deposit three hundred thirty thousand, seven hundred ninety dollars and ninety-three cents ($330,790.93) into the registry of the Court (*see* Fed. R. Civ. P. 67(a); LR 67.2) and **DENIED AS PREMATURE** in all other respects. The other questions raised by Plaintiff's motion, such as whether interpleader is appropriate and whether other proceedings should be enjoined, are best addressed in a properly noticed motion that allows Defendants, after they have been served and made an appearance, an opportunity to be heard. *See Rhoades v. Casey*, 196 F.3d 592, 600-01 (5th Cir. 1999); *see also* 7 Wright & Miller, Federal Practice & Procedure

§ 1714 (3d ed. 2017) ("The decision whether interpleader is appropriate is made by the court, but only after all parties have been given notice and an opportunity to be heard on the question.").

New Orleans, Louisiana, this 12th day of March, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE